1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIAM JEFFERSON,                    CASE NO.: CV09-04235 JSW

                     PLAINTIFF,            HON. JUDGE JEFFREY S. WHITE
12                                         COURTROOM 11
     v.
13                                                                **DENYING**
                                           **[PROPOSED] ORDER** ~~**GRANTING**~~
14   FEDERAL EXPRESS                        **DEFENDANT'S WRITTEN**
     CORPORATION and DOES 1                 **REQUEST PURSUANT TO L.R. 16-**
     through 10, Inclusive,                 **10 FOR TELEPHONIC**
15                                          **APPEARANCE OF DAVID S.**
                     DEFENDANTS.            **WILSON, III, AT THE JANUARY 15,**
16                                          **2010, INITIAL CASE**
                                            **MANAGEMENT CONFERENCE**
17
                                           Cmplt Filed:  August 13, 2009
18                                         Trial Date:  None Set

19

20
         Before the Court is Defendant's Written Request Pursuant To L.R. 16-10 For
21

22   Telephonic Appearance of David S. Wilson, III, at the January 15, 2010, Initial Case

23   Management Conference ("Request").

24                                                    DENIES
         Having reviewed the Request, the Court ~~GRANTS~~ it.  Mr. Wilson may <sup>not</sup> appear

25

26   telephonically at the January 15, 2010, Initial Case Management Conference.  The

27   Court shall initiate the telephone call by calling (949) 862-4656.  Mr. Wilson shall be

28

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1    prepared to take this call between 1:15 p.m. and 1:45 p.m.

2          IT IS SO ORDERED THIS  5th   day of  January           , 2010.

3

4          _____

5          Jeffery S. White
           United States District Judge

6          Counsel must appear in person for the initial case management
           conference.

7    #804855

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2

**[PROPOSED] ORDER GRANTING DEFENDANT'S WRITTEN REQUEST PURSUANT TO L.R. 16-10 FOR
TELEPHONIC APPEARANCE**