1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    William Jefferson,                    No. CV09-04235 JSW

6          Plaintiff,

7    v.                                    **AMENDED ORDER**
                                           **SCHEDULING TRIAL AND**
8    Federal Express Corporation,          **PRETRIAL MATTERS**

9          Defendant.

10   _____/

11

12        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15        **A.    DATES**

16   Jury Trial Date:  12/6/2010, at 8:00 a.m.,

17   Pretrial Conference:  Monday, 11/15/2010, at 2:00 p.m.

18   Last Day to Hear Dispositive Motions:  Friday, 9/17/2010, 9:00 a.m.

19   Last Day for Expert Discovery:  10/15/2010

20   **Close of Non-expert Discovery: 8/15/2010**

21   Further Case Management Conference: 7/16/2010, 1:30 p.m

22   Joint CMC Statement due: 7/9/2010

23        **B.    DISCOVERY**

24        The parties are reminded that a failure voluntarily to disclose information pursuant to

25   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

26   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

27   non-expert discovery, lead counsel for each party shall serve and file a certification that all

28   supplementation has been completed.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

**C.     ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred to court-connected mediation, to be conducted by July 1, 2010, if possible.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

**D.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  January 25, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2