IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JEFFERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 09-04235 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on September 17, 2010 on Defendants' motion for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 26, 2010 and a reply brief shall be filed by no later than September 2, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 12, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE